# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELVIN JAMES YATES | * | |
| | * | |
| v. | * | Civil No. – JFM-10-2707 |
| | * | |
| OFFICER SEAN KENT, ET AL. | * | |

## MEMORANDUM

Defendants have filed a motion to dismiss, invoking the doctrine of *res judicata*. The motion will be granted.

Plaintiff previously filed an action in this court arising from the same incident involved here. Judge Quarles entered an order on August 17, 2010 dismissing all federal claims and declining to exercise supplemental jurisdiction over state law claims asserted by plaintiff. Here, plaintiff has included a claim for an alleged violation of the Fourth Amendment of the United States Constitution. Obviously, this claim was incorporated within the "Constitutional Violations" claims asserted in the prior action. Accordingly, the doctrine of *res judicata* clearly applies.

If plaintiff desires to pursue his state law claims, he should file an action in the appropriate Maryland state court. Judge Quarles' order declining to exercise jurisdiction over those claims does not bar pursuit of those claims in state court under the doctrine of *res judicata*.

A separate order granting defendant's motion is being entered herewith.

Date: November 30, 2010   /s/
                         J. Frederick Motz
                         United States District Judge

1